USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ANIL KUMAR

　　　　　　　　Defendant.

10 Cr. 00013 (DC)

~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that defendant Anil Kumar ("Kumar") is permitted to travel within the United States, and internationally to Asia and Europe for business and family purposes without seeking prior approval from the Court or the United States Probation Office ("Probation") throughout the term of his probation.

IT IS FURTHER ORDERED defendant Kumar will provide notice of his travel itinerary to Probation no later than seventy-two (72) hours in advance of any domestic travel outside of the state of California and any international travel to Asia and Europe. In the event of an emergency or last minute trip, Kumar will provide Probation with his travel itinerary as soon as it becomes available. If Kumar's business requires him to travel outside the above-listed regions, he will seek permission from Probation for those individual trips.

Dated: 8/6, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Denny Chin
　　　　　　　　　　　　　　　　　　　~~United States Court of Appeals Judge~~
　　　　　　　　　　　　　　　　　　　U.S. Circuit Judge
　　　　　　　　　　　　　　　　　　　sitting by Designation